**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-11795

Non-Argument Calendar

————————————

ESEAN EDWARDS,

Plaintiff-Appellant,

*versus*

WAYNE STEWART TRUCKING COMPANY,
STARNET INSURANCE COMPANY,
CASEY B. FOREMAN,

Defendants-Appellees.

KEY RISK MANAGEMENT COMPANY,

Defendant.

————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:23-cv-00221-LAG

————————————

Before NEWSOM, LUCK, and KIDD, Circuit Judges.

2                         Opinion of the Court                    25-11795

PER CURIAM:

On May 22, 2025, Esean Edwards, proceeding *pro se*, initiated this appeal by filing a notice of appeal that, liberally construed, challenges the district court's March 6, 2025, entry of judgment in favor of the defendants. Edwards filed a previous notice of appeal challenging that judgment, which initiated appeal number 25-11201. That appeal was dismissed for want of prosecution but has since been reinstated.

Two appellees move to dismiss this appeal for lack of jurisdiction, arguing that it is untimely and frivolous due to appeal number 25-11201.

We lack jurisdiction over this May 22 appeal because it is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010). Edwards had until April 7, 2025, to file a notice of appeal from the March 6 judgment, but he did not file this notice of appeal until May 22. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 26(a)(1)(C); *Green*, 606 F.3d at 1300-01.

Accordingly, we GRANT the motion to dismiss and DISMISS this appeal for lack of jurisdiction. The dismissal of this appeal does not impact appeal number 25-11201, which remains pending.